Bessie Gillett, appellee, v. Illinois Central Railroad Company, appellant.

Action for personal injuries by negligence. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

Kramer, Kramer & Campbell and R. E. Costello, for appellant; John G. Drennan, of counsel. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

The People of the State of Illinois for use of Esther S. Hanmann, appellee, v. Albert Sturman, appellant.

Bastardy proceedings. Judgment of guilty. Appeal from the County Court of Clinton county; the Hon. Richard P. Farrell, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed July 9, 1926.

Wilson & Wilson, W. Murphey and C. A. McNeil, for appellant. Hugh Vincent Murray, State's Attorney, for appellee; Andrew O. Niehoff and Maurice B. Johnston, of counsel.

Mr. Justice Higbee delivered the opinion of the court.

---

Walter Liese, trading as Liese Lumber Company et al., appellees, v. Barthel Hug, intervenor, appellant.

Bill to foreclose mechanic's lien. Lien denied. Appeal by intervening claimant. Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded with directions. Opinion filed July 9, 1926.

A. B. Ogle and A. B. Davis, for appellant. L. N. Nick Perrin, Jr., for Walter Liese, appellee. Turner, Holder & Bullington, for John Howard Heiner and Elizabeth Heiner, appellees.

Mr. Justice Higbee delivered the opinion of the court.

---

Thomas F. Jackson, appellee, v. Fidelity & Casualty Company of New York, appellant.

Assumpsit upon policy insuring against loss by robbery. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

McGlynn & McGlynn, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

West Frankfort Bank and Trust Company, appellee, v. Lee Chapman and Elma Chapman, appellants.

Action upon promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. C. H. Miller, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed July 9, 1926.

J. E. Carr and George Sawyer, for appellants. Trobaugh & Church, for appellee; L. A. Cranston, of counsel.

Mr. Justice Higbee delivered the opinion of the court.